UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **INFORMATION** |
| **Plaintiff,** | **CRIMINAL NO. 25-~~3N~~ (ADC)** |
| **v.** | **VIOLATIONS:** |
| | 18 U.S.C. §§ 1791(a)(2) and (b)(3) |
| **FREDIS CRUZ BONILLA,** | |
| **Defendant.** | **ONE COUNT** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
**Possessing Contraband in Prison**
**18 <u>United States Code</u> § 1791(a)(2)**

On or about January 31, 2025, in the District of Puerto Rico, and within the jurisdiction of this Court,

**FREDIS CRUZ BONILLA,**

the defendant herein, aided and abetted by other persons, contrary to Title 28, <u>Code of Federal Regulations</u>, Sections 553.12 and 500.1(h), being an inmate of a prison, did knowingly and intentionally make, possess, or obtain, or attempted to make or obtain a prohibited object, that is: a mixture or a substance containing a detectable amount of Buprenorphine (Suboxone), a Schedule III Narcotic Controlled Substance while housed at the Metropolitan Detention Center in Guaynabo, Puerto Rico, which is a penal facility or prison, institution, or facility in which persons are held in custody by direction of or pursuant to a

contract or agreement with the Attorney General.  All in violation of Title 18 United States Code §§ 1791(a)(2), (b)(3) and 2.

W. Stephen Muldrow
United States Attorney

Jenifer Y. Hernandez Vega
Chief, Child Exploitation and
Immigration Unit

Daynelle Alvarez Lora
Assistant United States Attorney

2